UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
SHANG SHING CHANG, JIE LI,
XIAOXI XIE, BIN YANG, LONG
CHEN, YA XU, YI MING MA, LU
YANG, on behalf of themselves and all
others similarly situated,

              Plaintiffs,

    -against-                       **MEMORANDUM AND ORDER**
                                     15-CV-4385 (FB) (MDG)

CLEAN AIR CAR SERVICE &
PARKING CORPORATION, CLEAN
AIR CAR SERVICE & PARKING
BRANCH ONE, LLC, CLEAN AIR
CAR SERVICE & PARKING
BRANCH TWO, LLC, CLEAN AIR
CAR SERVICE & PARKING
BRANCH 3, LLC, CLEAN AIR CAR
SERVICE & PARKING BRANCH 5,
LLC, CLEAN AIR CAR SERVICE &
PARKING BRANCH 7, LLC, CLEAN
AIR CAR SERVICE & PARKING
BRANCH 6, LLC, KEVIN WANG,
John Doe, and Jane Doe #1-10,

              Defendants.
-------------------------------------------------x

**BLOCK, Senior District Judge:**

      In accordance with the status conference held on September 9, 2016:

1.     The Court clarifies that its Memorandum and Order of August 25, 2016, does not

require defendants to produce the phone numbers of potential opt-in plaintiffs in the first

instance. Plaintiffs' counsel may apply for an order requiring production of phone numbers for any individuals whom they are unable to contact by mail.

2. The proposed Notice of Lawsuit is amended to add the following paragraph to the end of section 2:

> The Defendants deny any underpayments. In addition, they claim that, in some cases, they *overpaid* wages. In this lawsuit, they have asserted counterclaims seeking to recover any such overpayments. If they prevail on those counterclaims, you may be liable for any overpayments made to you. In any event, the Defendants could bring a separate lawsuit seeking to recover overpayments from any employees or former employees, regardless of whether they are or become plaintiffs in this lawsuit.

3. The proposed Notice of Lawsuit is amended to add the following sentence to section 9:

> If you wish to contact the Defendants, you may do so through their attorneys, The Law Offices of Monte Wang & Associates, PLLC, at (718) 412-4793.

4. The proposed Notice of Lawsuit, as amended, is approved. Provided that the amendments set forth above are incorporated, the parties need not seek further approval from the Court before distributing the notice.

**SO ORDERED.**

/s/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 9, 2016